# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**SHANNON ALEXANDER (#298078)**

**VERSUS**

**DARREL VANNOY, WARDEN, ET AL.**

**CIVIL ACTION**

**NO. 16-0858-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated January 25, 2018, to which objections were filed:

**IT IS ORDERED** that the above-captioned proceeding is dismissed, without prejudice, for failure of Plaintiff to pay the initial partial filing fee as ordered.[1]  Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on **February 8, 2018**.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

1 Plaintiff is advised that during the 14-day period allowed to him to object to this Report and Recommendation, he may either pay the Court's initial partial filing fee in the amount of $2.20 or, in lieu thereof, may seek to show the Court that he has been unable to pay the initial fee during the entirety of the period since the Court initially assessed same in January 2017. Plaintiff may make this showing by attaching to his objection copies of his inmate account transaction statements showing the daily activity in his inmate drawing, savings and reserve accounts for the months of January 2017 through the date of Plaintiff's objection, including deposits into, withdrawals from, and balances in these accounts. Plaintiff is advised that Canteen Log statements that do not contain the relevant information will not be considered sufficient to make the required showing.