UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHANNON ALEXANDER (#298078)            CIVIL ACTION

VERSUS

DARREL VANNOY, WARDEN, ET AL.           NO. 16-0858-JWD-EWD

## R U L I N G

Before the Court is Plaintiff's Motion to Reconsider Judgment (R. Doc. 24). This Motion shall be denied.

Pursuant to Order dated January 25, 2017 (R. Doc. 3), the Court granted Plaintiff's motion to proceed *in forma pauperis* in this case and ordered him to pay, within twenty-one (21) days, an initial partial filing fee in the amount of $ 2.20, or this action would be subject to dismissal. Despite notification of the need to pay the initial partial filing fee, Plaintiff failed to comply with the Court's Order. Accordingly, the Court entered a second Order on March 3, 2017 (R. Doc. 4), directing Plaintiff to appear and show cause, in writing, within twenty-one (21) days, why his Complaint should not be dismissed for failure to pay the initial partial filing fee. In addition, the Court directed Plaintiff to attach to his response copies of his inmate account transaction statements showing the daily activity in his inmate drawing, savings and reserve accounts for the months of January and February 2017, including deposits into, withdrawals from, and balances in these accounts. The Court advised Plaintiff that if he failed to submit the requested information or if the Court was able to determine from Plaintiff's records that he had failed to make the required payment despite having funds in his accounts sufficient to do so, Plaintiff's action would be subject to dismissal, without further notice, for failure to pay the Court's initial partial filing fee.

Plaintiff thereafter filed a Motion for Extension of Time and a Motion to Show Cause (R. Docs. 5 and 6), requesting additional time within which to make the initial payment and asserting that he had attempted to make the required payment by writing "letter[s]" to the Inmate Banking Department. On April 24, 2017, the Court entered an Order (R. Doc. 7) granting Plaintiff an additional period of 21 days to make the required payment. The Court's Order advised Plaintiff that no further extensions of time would be granted and further advised him that instead of merely sending "letters" to the Inmate Banking Department, "a properly completed withdrawal form is the appropriate manner in which to obtain payment from his inmate account(s)." *See id*.

Plaintiff thereafter failed to either pay the initial partial filing fee or show the Court that he has been unable to do so. Instead Plaintiff has submitted documentation to the Court that reflects that on January 31, 2017, he received the amount of $5.00 that was forwarded to him from an outside benefactor. *See* R. Doc. 6-3 at p. 5. Despite Plaintiff's contention that, pursuant to prison regulations, half of this sum was deducted by prison officials to pay Plaintiff's outstanding debts, the remainder was more than sufficient to make the assessed payment in the amount of $2.20, and Plaintiff has failed to do so. Accordingly, the Court entered Judgment against Plaintiff on February 8, 2018, dismissing this proceeding for failure of Plaintiff to pay the initial partial filing fee as ordered. *See* R. Doc. 22.

Plaintiff's instant Motion to Reconsider Judgment fails to provide sufficient basis for altering the prior determination. As noted above, Plaintiff had in his accounts as of January 31, 2017 sufficient moneys with which to make the required payment to the Court. Plaintiff has never submitted to the Court copies of any properly-completed withdrawal forms to show that he has made requests for payment in an appropriate manner. Further, as noted in the Magistrate Judge's Report dated February 20, 2018, Plaintiff has submitted a supplemental Statement of Account

dated December 11, 2017, *see* R. Doc. 16, that implicitly suggests that he has had additional funds deposited into his accounts during the intervening months, specifically because the referenced Statement reflects that the "average monthly deposits" in Plaintiff's inmate accounts for the six months preceding December 2017 date has exceeded $8.00, which is an average monthly amount that is more than enough to have made the required payment.  Finally, whereas Plaintiff has attached to the instant Motion certain transaction statements related to his inmate accounts, *see* R. Doc. 24-2 at pp. 19-27, these statements appear to relate only to the months of December 2017 and January 2018 and, at any rate, do not provide any information regarding the balances in Plaintiff's accounts.  Accordingly, these statements do not establish that Plaintiff has been unable to make the required payment for the entirety of the period between January 25, 2017 (when the Court initially assessed an initial partial filing fee) and the date of Plaintiff's Motion.  Therefore,

**IT IS ORDERED** that Plaintiff's Motion to Reconsider Judgment (R. Doc. 24) is hereby **DENIED**.

Baton Rouge, Louisiana, this 14th day of September, 2018.

**JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**